**[6NOT03]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   Case No. 6:10–bk–07692–ABB
Chapter 13

Robert Lee Harris Jr.
4533 River Gem Avenue
Windermere, FL 34786

Marlo Robinson Harris
aka Marlo J Robinson
4533 River Gem Avenue
Windermere, FL 34786

      Debtor(s)          /

NOTICE OF CLAIM FILED BY DEBTORS

TO: Florida Department of Revenue

   Pursuant to Fed. R. Bankr. P. 3004, if a creditor fails to file a proof of claim on or before the last day for filing claims, the debtor or trustee may do so in the name of the creditor. In this case, the last day for filing claims is September 22, 2010 . For governmental units, the last day for filing claims is 180 days from May 4, 2010.

NOTICE is hereby given that the debtor filed a claim on your behalf in the above−captioned matter on October 20, 2010 , in the amount of $ 10,175.81 (Claim No. 15 ).

   DATED on October 21, 2010

                    FOR THE COURT
                    Lee Ann Bennett, Clerk of Court
                    135 West Central Boulevard Suite 950
                    Orlando, FL 32801