**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**                                                                       **Case No.: 6:10-bk-07692-ABB**

**Robert Lee Harris, Jr. and**                                   **Chapter 7**
**Marlo Robinson Harris,**
        **Debtors.**
_____/

### NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

    A preliminary hearing in this case will be held on July 30, 2015, at 11:00 a.m. in Courtroom 6B, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, to consider and act upon the following and transact such other business that may come before the court:

    Motion to Reopen Chapter 7 Case (Doc. No. 57)

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. To avoid delays at Courthouse security checkpoints, you are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

DATED: July 7, 2015

                                  /s/ Cynthia E. Lewis
                                  James H. Monroe
                                  Florida Bar No.: 311995
                                  Cynthia E. Lewis
                                  Florida Bar No.: 53076
                                  James H. Monroe, P.A.
                                  Post Office Box 540163
                                  Orlando, Fl 32854
                                  (407) 872-7447
                                  Fax. No.: (407) 872-7491
                                  Email: jamesmonroe@jamesmonroepa.com
                                  Email: clewis@jamesmonroepa.com
                                  Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by U.S. Mail delivery or electronic transmission on this 7th day of July, 2015 to:  Chapter 7 Trustee, George E. Mills, Jr., P.O. Box 995, Gotha, FL 34734-0995; Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801; the Debtors, Robert L. and Marla Harris, 4533 River Gem Ave., Windermere, FL 34786; Dawn Michele Evans, 904 W. New Hampshire St., Orlando, FL 32804; Hanton W. Walters, Esq., PO Box 1224, Orlando, FL 32802; Demetrius Jackson, 2034 Jefferson Ave., Sanford, FL 32771 and Demetrius Jackson, c/o 2300 S. Oak Ave., Sanford, FL 32771; Lindsay N. Oyewale, Esq., DeBeaubien, Knight, Simmons, Mantzaris & Neal, LLP, 332 N. Magnolia Ave., Orlando, FL  32801; Sand Lake Imaging, 9350 Turkey Lake Rd., Orlando, FL 32819; Medical Business Bureau, PO Box 1219, Park Ridge, IL 60068; Physicians of Central Florida, PO Box 297, Tavares, FL 32778; First Federal Credit Collections, 24700 Chagrin Blvd., Ste. 2, Cleveland, OH 44122

    /s/Cynthia E. Lewis  
    Cynthia E. Lewis