

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/30/2015 11:00 AM

COURTROOM  6B, 6th Floor

HONORABLE ARTHUR BRISKMAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:10-bk-07692-ABB | 7 | 05/04/2010 |

Chapter 7

**DEBTOR:** Robert Harris

Marlo Harris

**DEBTOR ATTY:** Cynthia Lewis

**TRUSTEE:** George Mills

**HEARING:**

Motion by Debtors to Reopen Chapter 7 Case (Doc #57)
      Note: Discharged/Closed 12/7/11

**APPEARANCES:**:: Trustee: Stuart Ferderer; Debtor; Debtor Atty: James Monroe; Creditor, Demetrius Jackson: Ruben Laboy; Creditor, Dawn Evans: Andrew Roy.
**RULING:**
Motion by Debtors to Reopen Chapter 7 Case   (Doc #57)--Granted.   Order by Monroe.   Creditors to file claims including reasonable attorney fees and any other motion(s) or adversary proceeding(s) within 28 days of entry of the Order.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.